U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

**JUN 1 9 2007**

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA   DIVISION

CLYDE DENNIS GLENN                     CIVIL ACTION NO. 07-0178

VS.                                     SECTION P

RICHARD STALDER                         JUDGE DRELL

                                        MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _____ day of _____, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE